UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| United States Of America, | * |
|     Plaintiff and Judgment Creditor, | * |
| v. | * Civil No. CCB-98-2119 |
| Towanda S. Artis, | * |
|     Defendant and Judgment Debtor, | * |
| and | * |
| Baltimore Laser Sight Center LTD<br>Attn: Karen Leisring<br>Personnel Administrator<br>7840 Montgomery Road<br>Cincinnati, OH 45236, | * |
|     Garnishee. | * |

## AMENDED GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $3,605.58, plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Answer of the Garnishee was filed an March 25, 2002 reflecting that defendant and judgment debtor is employed by the garnishee and stating her semi-monthly wage. The Garnishee further stated in the Answer of the Garnishee that there is no previous garnishment in effect.

On or about March 20, 2002, the Defendant and Judgment Debtor was notified of her right to a hearing and has not requested a hearing to determine exempt property.

A garnishee order was granted ordering that garnishee pay the sum of 25% of any payments due to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court.

The judgment debtor in the above-referenced case informed this office that the amount currently withdrawn from her salary as a result of this garnishment would place a financial hardship on her. After a review of the judgment debtor's financial situation, this office has agreed to amend the garnishee order to allow for payments of $75.00 per pay period.

IT IS ORDERED that Garnishee pay the sum of $75 per pay period due to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court.

5/14/02
Date

_____
United States District Judge